S. LANE TUCKER
United States Attorney

SETH BRICKEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: seth.brickey-smith@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, Plaintiff, vs. CHASTIDY RILEY, Defendant. | No. 3:23-cr-00035-SLG-KFR<br><br>COUNT 1:<br>DISTRIBUTION OF A CONTROLLED SUBSTANCE RESULTING IN DEATH<br>  Vio. of 21 U.S.C. § 841(a)(1) and (b)(1)(C)<br><br>CRIMINAL FORFEITURE ALLEGATION:<br>  21 U.S.C. § 853, 28 U.S.C. § 2461(c), and Rule 32.2(a) |
|---|---|

**INDICTMENT**

The Grand Jury charges that:

COUNT 1

On or about November 1, 2021, within the District of Alaska, the defendant, CHASTIDY RILEY, knowingly and intentionally distributed controlled substances, to wit: N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), and the use of this substance resulted in the death of M.L. on or about November 6, 2021.

All of which is in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

## CRIMINAL FORFEITURE ALLEGATION

Upon conviction of the offenses alleged in Count 1 of this Indictment, the defendant, CHASTIDY RILEY, shall forfeit to the United States any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to $1150.00 in U.S. currency.

All pursuant to 21 U.S.C. § 853, 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON


s/ Seth Brickey
SETH BRICKEY
Assistant U.S. Attorney
United States of America


s/ S. Lane Tucker
S. LANE TUCKER
United States Attorney
United States of America


DATE:   April 19, 2023