IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 3:23-cr-00035-SLG-KFR |
| CHASTIDY RILEY, | |
| Defendant. | |

### ORDER RE MOTION FOR PRELIMINARY ORDER OF FORFEITURE AND FORFEITURE MONEY JUDGMENT

Pursuant to Federal Rule of Criminal Procedure 32.2(b)(2) and (b)(4)(A), based on defendant's guilty plea and admission to forfeiture, the Court GRANTS the Motion for Preliminary Order of Forfeiture and Forfeiture Money Judgment (Docket 53), and finds as follows:

The following property constitutes proceeds of defendant's convictions in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and subject to forfeiture pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461(c), including without limitation:

1. **$1,150.00 in U.S. currency**

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

The above-listed property is hereby condemned and forfeited to the United States of America pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461(c), and defendant shall forthwith forfeit all right, title and interest, if any, in the above-listed

property.

The United States may recover from defendant an in *personam* criminal forfeiture money judgment in the amount of $1,150.00, not to be held jointly and severally liable with any codefendants, pursuant to Fed. R. Crim. P. 32.2(b)(4)(A); 18 U.S.C. § 981(a)(1)(C), and 21 U.S.C. § 853(p).

The United States may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

DATED this 22nd day of May, 2024, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:23-cr-00035-SLG-KFR, *USA v. Riley*
Order re. Motion for Preliminary Order of Forfeiture and Forfeiture Money Judgment
Page 2 of 2
Case 3:23-cr-00035-SLG-KFR   Document 54   Filed 05/22/24   Page 2 of 2